UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION, PIKEVILLE
CIVIL ACTION NO. 7:15-CV-00012-ART-EBA

**FILED ELECTRONICALLY**

JAY SHRI GANESH
HITESHKUMAR PATEL                                                                                  PLAINTIFFS

V.                              **NOTICE OF APPEARANCE**

UNITED STATES OF AMERICA                                                                DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes Philip C. Lawson, Attorney at Law, with McBrayer, McGinnis, Leslie & Kirkland, PLLC, and hereby enters his appearance as counsel of record for the Plaintiffs, Jay Shri Ganesh and Hiteshkumar Patel.

>Respectfully submitted,
>
>McBRAYER, McGINNIS, LESLIE
>   & KIRKLAND, PLLC
>201 East Main Street, Suite 900
>Lexington, Kentucky  40507
>(859) 231-8780
>
>
>*/s/ Philip C. Lawson*
>JON A. WOODALL
>PHILIP C. LAWSON
>ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2015, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system.

>*/s/ Philip C. Lawson*
>PHILIP C. LAWSON