15-3191

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

009

Eastern District of Kentucky
**FILED**
APR - 6 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Jay Shri Ganesh and Hiteshkumar Patel </br></br> *Plaintiff(s)* </br></br> v. </br></br> United States of America </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. Pikeville 15-cv-12-ART |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kerry B. Harvey
U.S. Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jon A. Woodall
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street
Suite 900
Lexington, Kentucky 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/09/2015

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*   rcb

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Pikeville 15-cv-12-ART

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kerry Harvey US Attorney**
was received by me on *(date)* **3-23-15**.

☑ I personally served the summons on the individual at *(place)* **U.S. Attorney Office**
on *(date)* **3-23-15** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **3-23-15**

*Server's signature*

**Ray E. Caudill**
*Printed name and title*

**Fayette Co. Sheriff's Dept.**
*Server's address*

Additional information regarding attempted service, etc:

Subp. left at Rec. Chair. and he advised he would give it to proper person.