UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JAY SHRI GANESH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. 15-12-ART<br><br>**JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered today, it is hereby **ORDERED** and **ADJUDGED** that:

(1) The defendant's motion for summary judgment, R. 14, is **GRANTED**.

(2) **JUDGMENT IS ENTERED** in favor of defendant.

(3) This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

(4) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 6th day of November, 2015.



Signed By:
Amul R. Thapar  AT
United States District Judge