UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION, PIKEVILLE
CIVIL ACTION NO. 7:15-CV-00012-ART-EBA

JAY SHRI GANESH
HITESHKUMAR PATEL                                                                    PLAINTIFFS

v.                                              **NOTICE OF APPEAL**

UNITED STATES OF AMERICA                                                    DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice is hereby given that Jay Shri Ganesh and Hiteshkumar Patel (hereinafter "Plaintiffs"), Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from: (1) the Judgment (Doc. #22) entered in this action on November 6, 2015.

Respectfully submitted,

McBRAYER, McGINNIS, LESLIE
 & KIRKLAND, PLLC
201 East Main Street, Suite 900
Lexington, Kentucky  40507
(859) 231-8780


*/s/ Jon A. Woodall*  _____
JON A. WOODALL
PHILIP C. LAWSON
ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

     I hereby certify that on December 29, 2015, the foregoing was electronically filed by using the CM/ECF system, which will send notice to:

Hon. Cheryl Morgan
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Cheryl.Morgan@usdoj.gov

                                    */s/ Jon A. Woodall*
                                    ATTORNEY FOR PLAINTIFFS